**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00366-CV

## R.V. BROTHERS INC. A/K/A R.V. ENTERPRISES, INC. D/B/A V & J TRUCKING, Appellants

### V.

## PARAMJJIT SINGH TOOR AND KULWANT SINGH NAGRA, Appellees

**On Appeal from the 253rd District Court
Chambers County, Texas
Trial Court Cause No. CV24773**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 6, 2012. On September 25, 2012, appellants filed a motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce and McCally.